IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CR-110-BO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ANDREA BLOODWORTH ) | |

This cause comes before the Court on defendant's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). [DE 125]. Defendant's sentence has been reduced to time served pursuant to 18 U.S.C. § 3582(c)(2). [DE 139]. The motion for compassionate release is therefore DENIED AS MOOT. *See United States v. Jackson*, No. 22-7140, 2023 WL 4758733, at *1 (4th Cir. July 26, 2023). The motion to seal defendant's confidential medical records [DE 127] is GRANTED.

SO ORDERED, this ___ day of November 2024.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE